UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER V. LANGONE**

PLAINTIFF(S)

vs.

**ZACHARY MILLER**

DEFENDANT(S)

Case No.
**13-CV-6682**

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Oct 04, 2013,** at **09:59 AM**, I served the above described documents upon **ZACHARY MILLER** as shown below:

**PERSONAL SERVICE** was made by delivering a true and correct copy thereof, by then presenting to and leaving the same with**, ZACHARY MILLER.**

Said service was effected at **237 SIERRA TRAIL, CARY , IL 60013.**

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **35**   Hgt: **5'9"**   Wgt: **190**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature: Paul Gizel]_

**Paul Gizel**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 505**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 7th day of October, 2013

_[signature: Joan C. Harenberg]_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/17

CLIENT NAME:
**Lavery Law Firm LLC*~**
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
**121638**