**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER V. LANGONE, | ) |
| Plaintiff, | ) |
| | ) 1:13-cv-06682 |
| v. | ) |
| | ) Judge Kennelly |
| ZACHARY MILLER, also known as Naughty Eskimo, | ) Magistrate Cole |
| Defendant, | ) |

## MOTION FOR DISCOVERY

F.R.C.P. 26(d)(1) provides that a party may not seek discovery prior to the conference required by F.R.C.P. 26(f) or by Court order. Plaintiff seeks a Court Order authorizing early discovery in this case.

Plaintiff Langone brings this gambling whistleblower action pursuant to 720 ILCS 5/28‑8(b). Defendant is an online poker gambler and member of www.pocketfives.com. This website aggregates and publishes information about members' poker winnings including winnings on the Carbon Poker Internet site which is operated by the Merge Gaming Network.

On October 4, 2013, Defendant Miller was served with the summons and complaint. On October 6, 2013, Plaintiff's Counsel reviewed the Internet site www.pocketfives.com to investigate whether there was any new activity relevant to the lawsuit on that website. At that time, Plaintiff's Counsel learned that Defendant had changed information in his www.pocketfives.com member profile. Defendant's conduct represents potential spoliation of evidence.

1

Defendant Miller is also a member of the Internet poker site www.twoplustwo.com. On October 7, 2013, Plaintiff's Counsel reviewed the www.twoplustwo.com site. Plaintiff's Counsel learned that on September 19, 2013 --the day after this lawsuit was filed -- the "Carbon Poker Support Forum" was closed on www.twoplustwo.com. Two Plus Two Publishing operates www.twoplustwo.com. There is a risk that potential evidence from Two Plus Two Publishing LLC is also at risk of spoliation. Plaintiff also seeks leave to issue discovery to Two Plus Two Publishing LLC.

In light of Defendant's actions, Plaintiff requests leave to issue third-party subpoenas to P5S Holdings LLC, which is the operator of www.pocketfives.com, and Two Plus Two Publishing LLC, operator of www.twoplustwo.com. This early discovery is appropriate in order to try to preserve any evidence about Defendant, Carbon Poker or the Merge Gaming Network that might be destroyed.

WHEREFORE, Plaintiff Christopher Langone seeks leave to issue subpoenas to P5S Holdings LLC and Two Plus Two Publishing LLC for information related to Defendant Zachary Miller, Carbon Poker and the Merge Gaming Network.

                Plaintiff, Christopher V. Langone

                __/s/_Mark_T._Lavery_____
                By One of His Attorneys

Mark Lavery
180 N. LaSalle, Suite 3700
Chicago, IL 60601
847-813-7771