# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER V. LANGONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:13-cv-06682 |
| v. | ) |
| | ) Judge Kennelly |
| ZACHARY MILLER, also known as Naughty Eskimo, | ) Magistrate Cole |
| | ) |
| | ) |
| Defendant, | ) |

## NOTICE OF MOTION

TO:  Zachary Miller
     237 Sierra Trail
     Cary, IL 60013

   Plaintiff, Christopher V. Langone, hereby gives notice that he will present a Motion for Discovery on 10/10/2013 at 9:30 a.m. before the Honorable Matthew Kennelly in Courtroom 2103 at the U.S. District Courthouse at 219 S. Dearborn, Chicago, IL 60604.


__/s/__Mark_T_Lavery_____
Mark Lavery
180 N. LaSalle, Suite 3700
Chicago, IL 60016


## CERTIFICATE OF SERVICE

   I, Mark Lavery, on October 7, 2013, I served a copy of this paper by U.S. mail to Defendant Zachary Miller.


_/s/_Mark T._Lavery_____
Mark T. Lavery

1